

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALICE LORRAINE BARNEY,<br><br>　　　　　　　　Defendant/Judgment Debtor,<br><br>and<br><br>WALLICK & VOLK, INC. 401K PROFIT SHARING PLAN & TRUST,<br>　　　　　　　　Garnishee. | NO. MC 14-5024BHS<br><br>(3:11-CR-5393-001)<br><br><br>ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the Defendant/Judgment Debtor, Alice Lorraine Barney, from Wallick & Volk, Inc. 401k Profit Sharing Plan & Trust, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Wallick & Volk, Inc. 401k Profit Sharing Plan & Trust, whose address is Wallick &

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

Volk, Inc. 401k Profit Sharing Plan & Trust, Attention: Anita Johnson, 222 East 18th Street, Cheyenne, WY 82001.

DATED this 12 day of November, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KERRY J. KEEFE, WSBA #17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kerry.keefe@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970